UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JERAL A. PEOPLES,

        Petitioner,

v.

GARY CAPELLO,

        Respondents.

CASE NO. C10-5109BHS/JRC

ORDER TRANSFERRING ACTION TO THE WESTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION

The underlying Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and 636 (b) (1) (B), and Local Magistrate Judge's Rule MJR3 and MJR4. Petitioner seeks to proceed in forma pauperis.

While the documents he submits show that he is indigent, the underlying petition challenges a Michigan conviction. Further, petitioner is housed in the Baraga Maximum Security Facility in Baraga, Michigan. Thus, venue is not proper in the Western District of Washington. In addition, petitioner states that he has previously filed a petition and the exhibits show that petition was filed in the United States District Court for the Western District of

ORDER - 1

Michigan Northern Division Court. That petition was denied (Dkt. # 1, proposed petition page 5). Thus, this petition may be a second or successive petition.

28 U.S.C. 2241 (d) directs a petitioner to file his petition in the district court in the state where he was convicted or the district where he is being held in custody. Plaintiff was not convicted in Washington State and is not being held in custody in Western Washington. Accordingly, venue does not rest with this court. 28 U.S.C. 2241 (d) allows a district court to exercise its discretion to transfer a petition to another district court.

The Court ORDERS this petition be transferred to the United States District Court for the Northern District of Michigan, Northern Division. That court will determine if petitioner should be allowed to proceed in forma pauperis and if this petition is second or successive.

BENJAMIN H. SETTLE
United States District Judge

Recommended for entry
this 22nd day of February, 2010.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge